UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-22782-Civ-COOKE/TURNOFF

VITREO RETINAL CONSULTANTS
OF THE PALM BEACHES, P.A.,

**Plaintiff,**

v.

**SYLVIA MATHEWS BURWELL,**
  in her official capacity as
  Secretary of the U.S. Department of
  Health and Human Services,

**Defendant.**
_____/

**PLAINTIFF'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. App. P. 3 and 4(a)(1)(B), Plaintiff Vitreo Retinal Consultants Of The Palm Beaches, P.A. hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Endorsed Minute Orders of the United States District Court for the Southern District of Florida entered on September 30, 2014 (Dkt. Nos. 43, 44). Those Endorsed Minute Orders denied Plaintiff's motion for summary judgment (Dkt. No. 27), and granted the cross-motion for summary judgment of Defendant (who was sued in her official capacity as Secretary of the U.S. Department of Health and Human Services) (Dkt. No. 35), and closed the case. Although the September 30, 2014 Endorsed Orders stated that "A complete, written order is forthcoming," to date no such written order or opinion has been issued. The matter remains marked as "closed" on the District Court's docket.

On October 1, 2014, Plaintiff moved for reconsideration of the September 30, 2014 Orders. (Dkt. No. 45.) Briefing on that motion is complete, but no ruling has issued.

Respectfully submitted,

  /s/ Matthew I. Menchel
Matthew I. Menchel, Florida Bar #12043
KOBRE & KIM LLP
2 South Biscayne Boulevard
35th Floor
Miami, FL 33131
(305) 967-6108 (tel)
(305) 976-6128 (fax)
Matthew.Menchel@kobrekim.com

Kirk Ogrosky (*pro hac vice*)
Andrew T. Karron (*pro hac vice*)
Murad Hussain (*pro hac vice*)
Matthew T. Fornataro (*pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004
(202) 942-5000 (tel)
(202) 942-5999 (fax)
Kirk.Ogrosky@aporter.com
Andrew.Karron@aporter.com
Murad.Hussain@aporter.com
Matthew.Fornataro@aporter.com

*Counsel For Plaintiff*
*Vitreo Retinal Consultants of The Palm Beaches, P.A.*

November 26, 2014